IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN W. GALLAGHER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:16-cv-1268 |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, | ) | |
| Defendant. | ) | |

# JUDGMENT

For the reasons set forth in the Order filed May 7, 2018, Doc. 53, it is hereby

**ORDERED AND ADJUDGED** that:

1. The defendant's motion for summary judgment, Doc. 37, is **GRANTED;** and

2. This action is **DISMISSED** with prejudice.

This the 6th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE