IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:16-CV-1268-CCE-LPA

John W. Gallagher,

    Plaintiff,

v.

The University of North Carolina at Chapel Hill,

    Defendant.

SATISFACTION OF JUDGMENT

Judgment was rendered in favor of Defendant, The University of North Carolina at Chapel Hill, and against the Plaintiff, John W. Gallagher, in the above-entitled action, on the 30th day of August, 2018, in the sum of $3,645.25 for costs and the Defendant acknowledges payment of said judgment in full and desires to release this judgment and hereby fully and completely satisfy the same.

Respectfully submitted, this the 6th day of December, 2018.

_____
Vanessa N. Totten
Special Deputy Attorney General

Sworn to and subscribed before me
this the 6th day of December, 2018.

_____
Notary Public
My Commission Expires: 10-3-2022

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **SATISFACTION OF JUDGMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, including Plaintiff's counsel Carena Brantley Lemons, carena@thelemonslawfirm.com.

This the 6th day of December, 2018.

/s/Vanessa N. Totten
Vanessa N. Totten
Special Deputy Attorney General
NC State Bar No. 27905
vtotten@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602
T: (919) 716-6920
F: (919) 716-6764

*Attorney for Defendant*